UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDITH ADELA FERNANDEZ MARTINEZ, ON
BEHALF OF HERSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

                              Plaintiffs,

                     v.

HAMPTON    PRODUCTS    INTERNATIONAL
CORPORATION,

                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No.: 1:25-cv-3873

## NOTICE OF SETTLEMENT

To The Honorable Court:

      The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated:  New York, New York
       September 12, 2025          Respectfully Submitted,

                                  **GOTTLIEB & ASSOCIATES PLLC**
                                  /s/ Michael A. LaBollita
                                  Michael A. LaBollita, Esq.

                                  Michael A. LaBollita (ML-9985)
                                  Jeffrey M. Gottlieb (JG-7905)
                                  Dana L. Gottlieb (DG-6151)
                                  GOTTLIEB & ASSOCIATES PLLC
                                  150 East 18th Street, Suite PHR
                                  New York, New York 10003
                                  Tel: 212.228.9795
                                  Fax: 212.982.6284
                                  Jeffrey@Gottlieb.legal
                                  Dana@Gottlieb.legal
                                  Michael@Gottlieb.legal
                                  *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge