UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDITH ADELA FERNANDEZ MARTINEZ, ON
BEHALF OF HERSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,
                    Plaintiffs,

v.

HAMPTON    PRODUCTS    INTERNATIONAL
CORPORATION,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: ECF CASE
:
:
: No.: 1:25-cv-3873
:
:

*THE CLERK IS DIRECTED TO CLOSE THIS CASE*

*SO ORDERED.*

9/12/25

**NOTICE OF SETTLEMENT**

To The Honorable Court:

    The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
       September 12, 2025           Respectfully Submitted,

                             **GOTTLIEB & ASSOCIATES PLLC**
                             /s/ Michael A. LaBollita
                             Michael A. LaBollita, Esq.

                             Michael A. LaBollita (ML-9985)
                             Jeffrey M. Gottlieb (JG-7905)
                             Dana L. Gottlieb (DG-6151)
                             GOTTLIEB & ASSOCIATES PLLC
                             150 East 18th Street, Suite PHR
                             New York, New York 10003
                             Tel: 212.228.9795
                             Fax: 212.982.6284
                             Jeffrey@Gottlieb.legal
                             Dana@Gottlieb.legal
                             Michael@Gottlieb.legal
                             *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge
         9/12/25